Form rfiler – ntcrefilerv27.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.:  19−29832−ABA
                                Chapter:  13
                                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin S. Steiner                                       Anna M Steiner
   210 Berkley Avenue                            210 Berkley Avenue
   Palmyra, NJ 08065                              Palmyra, NJ 08065

Social Security No.:
   xxx−xx−5605                                              xxx−xx−4657

Employer's Tax I.D. No.:

---

**NOTICE OF EVIDENCE OF REPEAT FILING**

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

      ☑    debtor
      ☑    joint debtor

   received a discharge in case number 16−19905 , commenced on 5/22/2016. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before November 12, 2019 at

                                  U.S. Bankruptcy Court
                                  401 Market Street
                                  Camden, NJ 08102

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge Andrew B. Altenburg Jr. on:

   DATE:           11/26/2019
   TIME:           10:00AM
   COURTROOM:   4B

Dated: October 22, 2019
JAN: mef

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-29832-ABA
Edwin S. Steiner                                                       Chapter 13
Anna M Steiner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Oct 22, 2019
                               Form ID: rfiler          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db/jdb         +Edwin S. Steiner,    Anna M Steiner,    210 Berkley Avenue,    Palmyra, NJ 08065-1526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Paul H. Young    on behalf of Joint Debtor Anna M Steiner ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com
              Paul H. Young    on behalf of Debtor Edwin S. Steiner ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4