Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−29832−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edwin S. Steiner                                      Anna M Steiner
210 Berkley Avenue                              210 Berkley Avenue
Palmyra, NJ 08065                               Palmyra, NJ 08065
Social Security No.:
xxx−xx−5605                                          xxx−xx−4657
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    1/8/20
Time:                    10:00 AM
Location:                Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 12, 2019
JAN: bed

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29832-ABA
Edwin S. Steiner                                                          Chapter 13
Anna M Steiner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Nov 12, 2019
                             Form ID: 132          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db/jdb       +Edwin S. Steiner,   Anna M Steiner,   210 Berkley Avenue,   Palmyra, NJ 08065-1526
518522031    +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
518522030    +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518522035   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
518522044    +Paul W. Luongo,   KML Law Group,   216 Haddon Avenue Ste 406,   Collingswood, NJ 08108-2812
518522045    +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
518522051    +Rushmore Loan Mgmt Ser,   7515 Irvine Center Dr Ste 100,   Irvine, CA 92618-2930
518522053    +Target,   Po Box 673,   Minneapolis, MN 55440-0673
518522052    +Target,   C/O Financial & Retail Services,   Mailstop BT PO Box 9475,
              Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2019 01:59:27    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2019 01:59:22    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518522039     E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 13 2019 01:59:41    Jefferson Capital Systems, LLC,
              16 Mcleland Rd,   Saint Cloud, MN 56303
518522042    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2019 01:59:22    Midland Funding,
              2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
518522040    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2019 01:59:22    Midland Funding,
              2365 Northside Dr,   Suite 300,   San Diego, CA 92108-2709
518522049     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 02:11:37
              Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
518522047     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 01:51:05
              Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
518524546    +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 01:52:41    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518522036*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
518522037*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
518522033*   +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
518522034*   +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
518522043*   +Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
518522041*   +Midland Funding,   2365 Northside Dr,   Suite 300,   San Diego, CA 92108-2709
518522050*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502)
518522048*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541)
518522046*   +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
518522032   ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
518522038   ##+Central Financial Control,   Po Box 66044,   Anaheim, CA 92816-6044
                                                                       TOTALS: 0, * 9, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1        User: admin           Page 2 of 2          Date Rcvd: Nov 12, 2019
                           Form ID: 132           Total Noticed: 17
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Paul H. Young    on behalf of Joint Debtor Anna M Steiner ykassoc@gmail.com,
              lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com
              Paul H. Young    on behalf of Debtor Edwin S. Steiner ykassoc@gmail.com,
              lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
              rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5
```