UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Howard Young, Esq
Young Marr and Associates
3554 Hulmeville Rd, Suite 102
Bensalem, PA 19020
215-639-5297
Attorney for Debtors

**Order Filed on February 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Edwin S. Steiner
Anna M. Steiner

Case No.:	19-29832 ABA

Chapter:	13

Judge:	ABA

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 11, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  8/20/2020          :

Property:        210 Berkley Avenue, Palmyra, NJ 08065

Creditor:        PNC

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the debtors         , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  June 1, 2021        .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19

2