Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−29832−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Edwin S. Steiner                             Anna M Steiner
  210 Berkley Avenue                           210 Berkley Avenue
  Palmyra, NJ 08065                            Palmyra, NJ 08065

Social Security No.:
  xxx−xx−5605                                  xxx−xx−4657

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☑   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
     commenced within 8 years before the date of the filing of the petition.

☑   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
     case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
     the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
     Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
     Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
     of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
     Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 8, 2022
JAN: eag

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Edwin S. Steiner  
Anna M Steiner  
  Debtors

Case No. 19-29832-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Aug 08, 2022    Form ID: cscnodsc    Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edwin S. Steiner, Anna M Steiner, 210 Berkley Avenue, Palmyra, NJ 08065-1526 |
| 518522038 | + | Central Financial Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 518522051 | + | Rushmore Loan Mgmt Ser, 7515 Irvine Center Dr Ste 100, Irvine, CA 92618-2930 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 08 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 08 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 08 2022 20:35:00 | PNC BANK, PO Box 94982, Cleveland, OH 44101 |
| 518628298 | + | Email/Text: g20956@att.com | Aug 08 2022 20:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518522030 | + | Email/PDF: bncnotices@becket-lee.com | Aug 08 2022 20:49:07 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518522031 | + | Email/PDF: bncnotices@becket-lee.com | Aug 08 2022 20:49:06 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518522035 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 08 2022 20:35:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518522032 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 08 2022 20:35:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518522039 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 08 2022 20:36:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 518522040 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2022 20:36:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 518522042 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2022 20:36:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518614127 | | Email/Text: perituspendrick@peritusservices.com | Aug 08 2022 20:35:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518639085 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 19-29832-ABA  Doc 79  Filed 08/10/22  Entered 08/11/22 00:11:29  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: cscnodsc | Total Noticed: 23 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 08 2022 20:35:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518522045 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 08 2022 20:35:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518522049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2022 20:49:07 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518522047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2022 20:49:06 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518524546 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2022 20:38:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518522052 | + | Email/Text: bncmail@w-legal.com | Aug 08 2022 20:35:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 518522053 | + | Email/Text: bncmail@w-legal.com | Aug 08 2022 20:35:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518634485 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 08 2022 20:35:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518522036 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518522037 | *+ | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518522033 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518522034 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518522041 | *+ | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 518522043 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518522046 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518522050 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518522048 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| aty | ##+ | Denise Carlon, Esq., KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518522044 | ##+ | Paul W. Luongo, KML Law Group, 216 Haddon Avenue Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2022          Signature:   /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3

Date Rcvd: Aug 08, 2022 | Form ID: cscnodsc | Total Noticed: 23

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Paul H. Young | on behalf of Debtor Edwin S. Steiner ykassoc@gmail.com lesliebrown.paralegal@gmail.com,support@ymalaw.com,tkennedy@ymalaw.com,eperez@ymalaw.com |
| Paul H. Young | on behalf of Joint Debtor Anna M Steiner ykassoc@gmail.com lesliebrown.paralegal@gmail.com,support@ymalaw.com,tkennedy@ymalaw.com,eperez@ymalaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank  National Association rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8